AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York  ▾

| | | |
|---|---|---|
| Securities and Exchange Commission, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   19-cv-04825 |
| William White, | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Securities and Exchange Commission                                                    .

Date:     08/22/2019

s/ Preethi Krishnamurthy
*Attorney's signature*

Preethi Krishnamurthy
*Printed name and bar number*
Securities and Exchange Commission
New York Regional Office
Brookfield Place, 200 Vesey Street, Suite 400
New York, NY 10281-1022

*Address*

krishnamurthyp@sec.gov
*E-mail address*

(212) 336-0116
*Telephone number*

(212) 336-1319
*FAX number*