UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                      Plaintiff,

v.                                                                 2:19-CV-04825-DLI-RML

WILLIAM WHITE,

                      Defendant.

## WILLIAM WHITE'S MOTION TO EXTEND TIME TO ANSWER COMPLAINT

1.      On August 22, 2019, the Securities and Exchange Commission (S.E.C.) filed a complaint against Mr. William White.

2.      On August 27, 2019, Mr. White agreed to the waiver of service of summons; accordingly, an answer or motion under Rule 12 was due on or about October 21, 2019.

3.      On November 30, 2019, the Court granted Mr. White's motion for an extension of time to file an answer and set a deadline of 12/31/2019 to request another extension.

4.      On 12/30/2019, Mr. White and undersigned counsel agreed to and executed a consent judgment, and returned it to the Plaintiff for their signature and submission to the Court.

5.      The Plaintiff anticipates obtaining final approval for the consent judgment shortly, likely within a week or so, given the holidays, and submitting a fully executed consent judgment to the Court shortly thereafter.

6.      Because a resolution of this case is expected shortly, Mr. White respectfully requests that the Court extend the time to answer the Complaint or to allow the parties to settle this pending case.

7.      The Plaintiff does not oppose this request.

Dated:  December 31, 2019		Respectfully Submitted,

		*/s/ Gary K. Springstead*
		Gary K. Springstead (P59726)
		SPRINGSTEAD BARTISH BORGULA & LYNCH, PLLC
		Attorneys for the Defendant
		28A W. Main St.
		Fremont, MI  49412
		(231) 924-8700
		gary@sbbllaw.com